# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 11-cr-00169-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CODY EASLEY,

    Defendant.

---

## ORDER WITHDRAWING SUPERVISED RELEASE VIOLATION PETITION AND VACATING VIOLATION HEARING

---

    This matter is before the Court upon report of the probation officer, dated October 3, 2011, requesting the Court to vacate supervised release violation proceedings in this case. Upon review, the Court hereby

    ORDERS the Petition for Warrant or Summons for Offender Under Supervision, ordered March 25, 2011, be withdrawn. It is

    FURTHER ORDERED that the violation hearing scheduled for October 6, 2011, is VACATED.

    DATED at Denver, Colorado, this __4th__ day of October, 2011.

                                             BY THE COURT:

                                             */s/ Christine M. Arguello*

                                             CHRISTINE M. ARGUELLO
                                             United States District Judge